IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EIAD BARGHOUTI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:09-cv-00318-GPM-DGW |
| ) | |
| DAVID HOLDER, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Pending before the Court is Plaintiff's Motion to Reconsider for Appointment of Counsel (Doc. 23). For good cause shown, Plaintiff's Motion is **GRANTED**.

Accordingly, attorney **Vanessa Keith** of the law firm Greensfelder, Hemker & Gale, P.C., 10 South Broadway, Suite 2000, St. Louis, MO 63102, is hereby **APPOINTED** to represent the Plaintiff in this matter pursuant to SDIL-LR 83.1(i).[1]

Ms. Keith is **directed** to file her entry of appearance **on or before April 5, 2011.** The Court informs Ms. Keith that Plaintiff is currently incarcerated by the Illinois Department of Corrections at the Menard Correctional Center.

The Court further notifies Ms. Keith that the Court is **DENYING WITHOUT PREJUDICE** the following motions filed by Plaintiff so that counsel can address the matters contained in these motions: **Motion for an Order Compelling Discovery (Doc. 60), Motion**

---

[1] Under SDIL-LR 83.1(i), every member of the bar of this Court shall be available for appointment to represent or assist in the representation of those who cannot afford to hire an attorney.

for Order Compelling Discovery for Production of Documents (Doc. 61) and Motion for an Order Compelling Discovery for Interrogatories (Doc. 62).

IT IS SO ORDERED.

DATED: March 14, 2011

_____<br>
**DONALD G. WILKERSON**<br>
**United States Magistrate Judge**